446

Argued May 23, affirmed May 23, petition for rehearing denied
June 14, petition for review denied September 5, 1973

## STATE OF OREGON, *Respondent, v.* LESLIE FRANCIS SPENCER (No. 14-656), *Appellant.*

510 P2d 358

·*Gary D. Babcock,* Public Defender, Salem, argued the cause and filed the brief for appellant.

*Thomas H. Denney,* Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were. Lee Johnson, Attorney General, and John W. Osburn, Solicitor General, Salem.

Before SCHWAB, Chief Judge, and LANGTRY and FOLEY, Judges.